UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNDER SEAL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-cr-284 (ADM/LIB) |
| SHELBY GENE BOSWELL | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 12-cr-26(20) (JRT) |
| SHELBY GENE BOSWELL | |

NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■   Cases involving the same defendant(s), whether the prior cases are open or closed.

Dated: November 7, 2019

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

BY: BRADLEY M. ENDICOTT
Assistant United States Attorney
Attorney ID No. 0349872

SCANNED
NOV 07 2019
WOS
U.S. DISTRICT COURT ST. PAUL