UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-284 ADM/LIB

United States of America,

                Plaintiff,

v.                                      **ORDER FOR APPOINTMENT OF COUNSEL**

Shelby Gene Boswell,

                Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Andrew Small, Attorney ID 307270, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  November 12, 2019                 *s/David T. Schultz*
                                                  David T. Schultz
                                                  United States Magistrate Judge