UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-284 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION** |
| SHELBY GENE BOSWELL, | ) |
| Defendant. | ) |

This matter came before the Court on October 8, 2019, for an initial appearance on an Indictment. The defendant appeared in custody and was represented by Assistant Federal Defender James Becker. The United States was represented by Assistant United States Attorney Bradley M. Endicott. The United States moved for detention at the initial hearing. After being advised of his constitutional rights and consulting with counsel, the defendant elected not to challenge the government's motion for detention and waived his right to a detention hearing.

After consideration of the entire record before the Court, and the factors listed in 18 U.S.C. § 3142(g), the Court concludes by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community if the defendant is released pending trial. The Court further concludes by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required at future Court proceedings. Accordingly, the Court grants the United States' motion for detention.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of the defendant is GRANTED;

2. The defendant is committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. The defendant shall be afforded reasonable opportunity to consult privately with counsel; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated:   November 13, 2019

*s/Elizabeth Cowan Wright*
Elizabeth Cowan Wright
United States Magistrate Judge