```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                   CR 19-284(JRT/LIB)
```

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Shelby Gene Boswell,<br><br>      Defendant. | **DEFENDANT'S STATEMENT OF REASONS IN SUPPORT OF MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

The defendant, Shelby Gene Boswell, through and by his attorney, Paul Engh, in accordance with 18 U.S.C. 3161(h)(7)(A), agrees to the following reasons in support of his motion to exclude time under the Speedy Trial Act. Specifically, Mr. Boswell agrees that his psychological evaluation, authorized by the District Court, is not yet complete. A review of that evaluation is critical to the approach he takes going forward. Moreover, Mr. Boswell agrees that the investigation of his case has not concluded. There are a number of witnesses the defense team wishes to contact and personally interview, and that process is ongoing.

Mr. Boswell signs below voluntarily and with confutation with his lawyer, Paul Engh, and with full know3ledge of his rights under the Speedy Trial Act.

Dated: 2-11-20

_____
Shelby Gene Boswell

Dated: February 11, 2020

Respectfully submitted,

_____
PAUL ENGH
Suite 260
650 Third Avenue South
Minneapolis, MN 55402
612.252.1100
Lic. No. 134685

Attorney for Mr. Boswell