**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,                          Criminal No. 19-284 (JRT/LIB)

Plaintiff,

v.                                                                                    **ORDER**

SHELBY GENE BOSWELL,

Defendant.

_____

Andrew Winter, Bradley Endicott, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff,

Paul C Engh, 200 South 6th Street, Suite 420, Minneapolis, MN 55402, for defendant.

The defendant has filed a motion for continuance of trial (Docket No. 32).  Based on all the records, files, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1)  The Motion to Exclude Time Under the Speedy Trial Act [Docket No. 32] is

**GRANTED**;

2)  Trial of this case is continued to May 11, 2020 at 9:00 a.m. in Courtroom 1 at 515

West First Street, Duluth, Minnesota 55802.

3)  The time from the date of this order through May 11, 2020 shall be excluded in

computing the time within which the trial in this matter must commence under

the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).  The ends of justice

will be served by continuing the trial date.  This finding is based upon the Court's

conclusion that the failure to grant such a continuance would unreasonably deny

the parties a right to a fair and just hearing.


DATED: February 24, 2020
at Minneapolis, Minnesota

        s/John R. Tunheim
        JOHN R. TUNHEIM
     United States District Judge