# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 19-284 (JRT/LIB) |
| Plaintiff, | |
| v. | **TRIAL NOTICE** |
| SHELBY BOSWELL, | |
| Defendant. | |

Andrew Winter, Bradley Endicott, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Paul C Engh, 650 3rd Avenue South, Suite 260, Minneapolis, MN 55402, for defendant.

The trial in this case will be held Monday, July 27, 2020 at 9:00 a.m. before the Honorable John R. Tunheim at the United States Courthouse, Courtroom 1, 515 West First Street, Duluth, Minnesota.

Proposed voir dire, jury instructions, and trial briefs shall be filed on or before July 20, 2020.

Dated:  June 18, 2020
at Minneapolis, Minnesota

                                                                    s/ John R. Tunheim
                                                                     JOHN R. TUNHEIM
                                                                        Chief Judge

United States District Court