```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                    CR 19-284(JRT/LIB)
```

| | |
|---|---|
| United States of America,     )<br>                               )<br>            Plaintiff,     )<br>                               )      **DEFENDANT'S NOTICE**<br>      vs.                      )      **OF DEFENSE OF ANOTHER**<br>                               )<br>Shelby Gene Boswell,           )<br>                               )<br>            Defendant.      )<br>* * * * * * * * * * * * * * * * * | |

The defendant, Shelby Gene Boswell, through and by his attorney, Paul Engh, hereby gives Notice to the United States of his defense:  It is the self-defense of another, namely his sister.  He was thus justified in both possessing and discharging the firearm in order to protect her from evident harm or death.

Dated:  August 31, 2020

                                          Respectfully submitted,

                                        /s/ Paul Engh

                                        _____
                                        PAUL ENGH
                                        Suite 260
                                        650 Third Avenue South
                                        Minneapolis, MN 55402
                                        (612) 252-1100

                                        Attorney for Mr. Boswell