UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-cr-284 (JRT/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE POSITION ON SENTENCING** |
| SHELBY GENE BOSWELL, | |
| Defendant. | |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Bradley M. Endicott, Assistant United States Attorney, respectfully moves the Court for a brief extension of time to file its Position on Sentencing in this matter. The government seeks a 10-day extension until January 7, 2021. The government requests this short extension because the undersigned counsel is out of the office until next week. Moreover, the sentencing will not take place until sometime after February 1, 2021. The undersigned counsel has conferred with defense counsel. Defense counsel has relayed there are no objections to this motion.

Accordingly, United States respectfully requests an extension of time until January 7, 2021 to file its Sentence Position.

Dated: December 29, 2020

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Bradley M. Endicott*

BY: BRADLEY M. ENDICOTT
Assistant U.S. Attorney
Attorney ID No. 0349872